

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 17 2010

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JAMES BOGAN *ens legis*, 'et al.', | ) |
| Noble: [;James D.-Bogan:Bey] | ) |
| James Bey (an Indigenous, Aboriginal, Natural- | ) |
| Born **Moorish American** Man, proceeding "At Law"), | ) |
| Plaintiff, *In Propria Persona* and *Sui Juris* | ) |
| | ) **IN ADMIRALTY** |
| | ) |
| Vs. | ) 1:10-CV-1426-TWT |
| | ) |
| TAYLOR BEAN & WHITAKAR, A FLORIDA CORP. | ) |
| JOHNSON & FREEDMAN LLC, Defendants | ) |
| 1587 N.E. Expressway | ) |
| Atlanta, GA 30329 | ) |
| Phone: (770) 234-9181 | ) |
| Fax: (770) 234-9192 | ) |

---

TAYLOR BEAN & WHITIKAR et al. PLAINTIFF
JOHNSON & FREEDMAN LLC                    File# 10DD003746 STATE
            VS.

LEONARD BEANAU, DEFENDANT
AND ALL OTHERS

---

**VERIFIED FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF, INJUNCTIVE RELIEF, AND MONEY DAMAGES, AFFIDAVIT OF NEGATIVE AVERMENT , OPPORTUNITY TO CURE, AND COUNTERCLAIM**

---

COMES NOW plaintiff, [:James D.-Bogan:Bey] and files this first amended complaint

against defendants, Plaintiff, by special visitation and not appearing generally, before this

court seeking a remedy in Admiralty as is provided by "The Saving to the Suitors Clause" at

USC 28 -1333(1). I am standing in my unlimited commercial liability and request that the

Third Party Defendants do the same, and waive all of their immunities. I respectfully request the indulgence of this court as I am not schooled in law. This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519.

Diversity of Citizenship is Basis for Federal Court Jurisdiction: Plaintiff removes this case for a just remedy. Defendant, Taylor Bean & Whitaker Mortgage Corporation, with its principle place of business in the State of Florida will be considered diverse while the Plaintiff, being an indigenous aboriginal inhabitant of the land called America. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs and diversity of citizenship exist by virtue of the fact that the Plaintiff TAYLOR BEAN & WHITAKER MORTGAGE CORP. has no standing to sue for or to recover any property for the causes of action set forth in the Complaint. JOHNSON & FREEDMAN, LLC. Is a member of the GEORGIA BAR ASSOCIATION which controls all GEORGIA Lower courts and would be, and has been, a Conflict of interest.

Commencement of State Court Action: The State court action was commenced on May 4 2010 when Plaintiffs was held for a ransom of $3,000 in the Fulton county Jail on May 3, 2010 while the Fulton county superior court appeal was denied for failure to appear on May 11, 2010. This Notice of Removal is timely, in that it is being filed within thirty (30)

days of receipt of service of the Summons and Complaint by Defendant. Defendant has not

filed pleadings in this case in the state court action, including a Notice of Appearance.

COMPLAINT: I, James Bey, [:James D.-Bogan:Bey], current and sole owner of

3445 Herschell rd. college park Georgia, on the American soil . Plaintiff is also the current

holder of the land grant issued by the Georgia secretary of State. The Plaintiff, a Natural,

Indigenous, Aboriginal, Moorish American Man, Demand that the Defendants produce their

BONDED Proof of Claim. Superior to the Plaintiffs claim. I demand to inspect the "Original

Mortgage Note", with wet ink signatures, along with the Title Page that shows whether or

not the mortgage has been satisfied. See: Lebanon Correctional Institution v. Court of

Common Pleas 35 Ohio St.2d 176 (1973) I believe that TAYLOR BEAN & WHITIKAR, has

failed to apply funds they have received from the plaintiff in the amount of $255,000 signed

for by a Rebecca Howard and received by the CHIEF FINANCIAL OFFICER on 5-11-2009

evidenced by the UNITED STATES POSTAL SERVICE form ps 3811 TRACKING #7008 3230

0000 3124 4573 WHICH [:James D.-Bogan:Bey]has the original for inspection if

Defendants can produce a valid superior claim, and a copy is a part of this case file. I

believe the Third party defendants have not been damaged and have no legal right to a

claim. As you well know, Proof of Claim must be established by law. Only the Original

Mortgage Note will be accepted as proof of claim. If the Defendants have the original

mortgage note let them bring it forth and offer their Proof of Claim for my inspection. I

believe the Defendants DO NOT have lawful Proof of Claim and there is no evidence to the

contrary. See: Wells Fargo v. Reyes, 867 N.Y.S.2d 21 (2008) This is Dishonor in commerce,

and Plaintiff Petitions this court for declatory relief. See: Indymac Bank v. Boyd, 880

N.Y.S.2d 224 (2009).   I, **[:James D.-Bogan:Bey]** tendered payment to TAYLOR BEAN &

WHITIKAR to purchase the subject property. TAYLOR BEAN & WHITIKAR has now chosen

to dishonor my lawful PAYMENT received by TAYLOR BEAN & WHITIKAR on 5-11-2009

and waited until recently to express dishonor and refused to transfer title, if they have a

legal title. This is a Dishonor in Commerce, pursuant to **UCC 2-206**. Plaintiff tendered an

affidavit of Possession to the FLTON COUNTY CLERK OF COURTS on March 12, 2010

recorded on deed book 48857 pg. 559 in expressing superior ownership of subject

property, and to this day May 13, 2010 (approximately 60 days) the affidavit has not been

rebutted. "Indeed, no more than (affidavits) is necessary to make the prima facie case."

United States v. Kis, 658 F.2d, 526 (7th Cir. 1981).

---

## OPPORTUNITY TO CURE

---

The Third Party Defendants have 21 calendar days to cure their Dishonor by the following:

1. Dismiss any and all claims against the Third Party Plaintiff AND CURRENT owner of the
   property in question evidenced (3445 Herschell rd. College Park Georgia), with prejudice
   and

2. Pay all damages as indicated by the counterclaim contained herein with Real Money,
   Surrender any and all Public Hazard Bonds, other Bonds, Insurance Policies, 801K, CAFR
   Funds, etc. as needed to satisfy counterclaim herein, OR,

10. Punitive damages will be assessed as the total amount of the damages as outlined herein times three. Punitive damages will be added to the original amount of damages.

11. In the TOTAL penal sum of $325,000.00 dollars to be paid in lieu of the above combined totals in the case of a settlement by the Defendants. The total amount paid by Plaintiff and Dishonored by TAYLOR, BEAN & WHITAKAR MORTGAGE COMPANY, FOR SUBJECT PROPERTY PAYMENT PLUS DAMAGES if defendants attempt to unlawful detain subject property.

## MAXIMS OF LAW IN SUPPORT OF COUNTER CLAIM

### Maxims:

All men and women know that the foundation of law and commerce exists in the telling of the truth, the whole truth, and nothing but the truth.

Truth as a valid statement of reality is sovereign in commerce. An unrebutted affidavit stands as truth in commerce.

An unrebutted affidavit is acted upon as the judgment in commerce.

Guaranteed—All men shall have a remedy by the due course of law. If a remedy does not exist, or if the existing remedy has been subverted, then one may create a remedy for themselves and endow it with credibility by expressing it in their affidavit. (Ignorance of the law might be an excuse, but it is not a valid reason for the commission of a crime when the law is easily and readily available to anyone making a reasonable effort to study the law.)

Judicial non-jury commercial judgments and orders originate from a limited liability entity called a municipal corporation, hence must be reinforced by a Commercial Affidavit and a Commercial Liability Bond.

A foreclosure by a summary judgment (non-jury) without a commercial bond is a violation of commercial law.

Governments cannot make unbonded rulings or statutes which control commerce, free enterprise citizens, or sole proprietorships without suspending commerce by a general declaration of martial law.

It is tax fraud to use Courts to settle a dispute/controversy which could be settled peacefully outside of or without the Court.

An official (officer of the court, policeman, etc.) must demonstrate that he/she is individually bonded in order to use a summary process.

Notice to agent is notice to principal; notice to principal is notice to agent.

[:]ames D.-Bogan:Bey]
Plantiff, Principle/Settlor/*injured Party*

1   **Chief Justice**

2   **Opinion delivered: November 12, 1998**

3   **The definition of the term "sign" in Black's Law Dictionary includes, "[t]o**

4   **attach a name or cause it to beattached to a writing by any of the known**

5   **methods of impressing a name on paper." Black's Law Dictionary 1381(6 th**

6   **ed. 1990).**

7   **http://caselaw.lp.findlaw.com/scripts/getcase.pl?court=tx&vol=/sc/980090o&i**

8   **nvol=1**

9                                       **AFFIRMATION**

10   I hereby affirm that I prepared and have read this Affidavit and that I believe the aboveforegoing

11   statements in this Affidavit to be truth. I hereby further affirm that the basisof these beliefs is

12   either my own direct knowledge of the legal principles and Historical facts involved and with

13   respect to which I hold myself out as an expert or statements made or documents provided to me

14   by third parties whose veracity I reasonably assumed. Further the Affiant sayeth naught and

15   request relief and/or compensation for the injurious actions of this public corporation.

16
17
18                      [ :James O - Bogan Bey ]
19
20                                       JAMES BOGAN 'ET AL'
21                          Noble: James-B.:Bey (an Indigenous, Aboriginal, Natural-
22                          Conceived**Moorish American** Man, proceeding "At Law")
23                              Plaintiff, *In Propria Persona* and *Sui Juris*

# JUDICIAL NOTICE
# EXHIBIT _____
# PROOF OF 'SUPERIOR
# CLAIM'
# FOR THE RECORD

The Supreme Court at Hooper et. al. v. Scheimer, 64 U.S. 235 (1859) wrote:I affirm that a patent is unimpeachable at law, except, perhaps, when it appears on its own face to be void; and the authorities on this point are so uniform and unbroken in the courts, federal and state, that little else will be necessary beyond a reference to them.
Once perfect on its face [a patent] is not to be avoided, in a trial at law, by anything save an elder patent.
It is not to be affected by evidence or circumstances, which might show that the impeaching party might prevail in a court of equity.
A patent is evidence, in a court of law, of the regularity of all previous steps to it, and no facts behind it can be investigated.
A patent cannot be collaterally avoided at law, even for fraud. A patent, being superior title, must of course, prevail over colors of title; nor is it proper for any state legislation to give such titles, which are only equitable in nature with a recognized legal status in equity courts, precedence over the legal title in a court of law.

Deed Book 48857 Pg 559
Filed and Recorded Mar-12-2010 04:00pm
2010-0148176
Real Estate Transfer Tax $0.00
Georgia Intangible Tax Paid $0.00
Cathelene Robinson
Fulton County, Georgia

**NOTICE OF PURCHASE**
**AND**
**AFFIDAVIT OF FULL OWNERSHIP AND INTEREST, NOTICE OF REVOCATION OF POWER OF ATTORNEY**

IN THE COMMON LAW, KNOW ALL MEN BY THESE PRESENTS THAT:

That, I, James-DeMarco Bogan: Bey (hereinafter known as 'Affiant') and on this date of MARCH 1, 2010 AD, do solely certify and declare full and unencumbered rights of ownership and interest where no other Rights exist to any other man, woman, sole or aggregate corporation and of the following property:

All that tract or parcel of land lying and being in Land Lot 194 of the 14th District of Fulton County, Georgia, and being Lot 17 of re plat of Lots 16 and 17, Westover Subdivision for AHB Custom Homes, dated July 23, 2006, by W.L.B. Associates, Inc., as per plat recorded in Plat Book 303, Page 50, Fulton County, Georgia Records; which plat is incorporated herein and made a part hereof by this reference; being known as 3445 Herschell Road, according to the present system of numbering streets and roads in College Park, Fulton County, Georgia.

That having bargained and purchased same said property for the sale price of $___255,000.00___ from:

TAYLOR BEAN & WHITAKER MORTGAGE CORP.
CORPORATE OFFICE: 101 N.E. 2ᵈ ST. OCALA FL. 34470

WHEREFORE all rights of ownership and interest by any other man, woman, sole or aggregate Corporation are declared relinquished and made null and void, with affiant having full ownership, rights And possession thereof.   A copy of a signed title/deed for the STATE OF GEORGIA and in the COUNTY OF FULTON, is witnessed and attached and that all signatures by Affiant, should any exist and on same-said title/deed, are revoked, made null and void and that the above property is declared privately-owned and is not for hire nor commercially operated, and is subject to all provisions as set forth by the Uniform Commercial Code and for the STATE OF GEORGIA O.C.G.A. TITLE 11 Business and Commerce and that adverse possession of this property and without the consent of Affiant, constitutes an agreement to pay a fine of $100,000.00 per day to Affiant, until this same property is returned to the rightful possession, control and ownership of Affiant.

IT IF FURTHER DECLARED that all powers of attorney with the corporation of the STATE OF GEORGIA are immediately revoked, made null and void for any and all aspect, to include bonds, liens and attachments made, thereof, and of this property as the subject of this NOTICE OF PURCHASE AND AFFIDAVIT OF FULL OWNERSHIP AND INTEREST AND NOTICE OF REVOCATION OF SIGNATURES AND NOTICE OF REVOCATION OF POWER OF ATTORNEY. This notice and Declaration is made with praise to the goodness of our creator on this very day.   All rights reserved and Without Prejudice.

By: _James Bogan :Bey_

STATE OF GEORGIA        )
                       ) ss      J U R A T
COUNTY OF FULTON        )

**SUBSCRIBED AND SWORN TO** (or affirmed) **BEFORE ME** on this __12__ day of __March__, 2010, by James-DeMarco Bogan: Bey, proved to me on the basis of satisfactory evidence to be the man who appeared before me.

_____
- Place Notary Signature Above -    Seal

I hereby certify the within and foregoing to be a true, correct and complete copy of the original that appears in ___ BK_____PG____ in this office this____ day of_____ 20___
Cathelene Robinson Clerk of Superior Court, Fulton County, GA

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DELTON De ARMAS
01 N.E. 2ND ST.
OCALA FL. 34470

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X [signature]

B. Received by ( Printed Name)     C. Date of Delivery

[signature]

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

☐ Agent
☐ Addressee

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)      7008 3230 0000 3124 4573

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

# STATE OF GEORGIA.

*By His Excellency* John Clark *Governor and Commander in Chief of the Army and Navy of this State and of the Militia thereof.*

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

KNOW YE, That in pursuance of an act of the General Assembly, passed the 15th of May, 1821, for making distribution of the land lately acquired of the Creek Nation of Indians, and forming the counties of Dooly, Houston, Monroe, Fayette, and Henry, in this State, I HAVE GIVEN AND GRANTED, and by these presents, in the name and behalf of this State, DO GIVE AND GRANT, unto *William Zachry of Shaws Distnct Columbia County his* heirs and assigns forever, all that Tract or Lot of Land, containing two hundred two and a half acres, situate, lying, and being in the *Fourteenth* district of *Henry* county, in the said State, which said Tract or Lot of Land is known and distinguished in the plan of said district by the Number *Seventeen* having such shape, form, and marks, as appear by a plat of the same hereunto annexed: To have and to hold the said Tract or Lot of Land, together with all and singular the rights, members, and appurtenances thereof, whatsoever, unto the said *William Zachry his* heirs and assigns; to *his* and their proper use, benefit and behoof forever in fee simple.

GIVEN under my hand and the Great Seal of the State, this *seventh* day of *February* in the year of our Lord eighteen hundred and Twenty two and of the forty *Sixth* year of American Independence.

Signed by His Excellency the Governor, the *7th* day of *February* 1822 } *John Clark*

*John Burch* X. D.

Registered the *Twenty fifth* day of *March* 1822

# STATE OF GEORGIA



**OFFICE OF SECRETARY OF STATE**
Georgia Division of Archives and History

*I, David W. Carmicheal, Director of the Georgia Division of Archives and History, do hereby certify that the document hereto attached and made part of this certificate is a true and correct copy of page 283 of 1821 Henry County Land Lottery Register of Plats, showing Henry County, 14th District, Land Lots 13, 14, 15, and 16 and I further certify that the described plat book is on file and of official record in the Archives of the State of Georgia.*

IN TESTIMONY WHEREOF, I have set my hand and affixed
The Official Seal of the State of Georgia this ninth day
of April in the year of our Lord Two Thousand Ten



_____
Director, State Archives of Georgia

Surveyed 26th Sept 1821
By B H Conyers D.S
Jones Middleton ₹
Charles Haris ₹ C.C P O P
Magnetic Variation 5° East

No 12

Scale of 20 Chains pr Inch
Henry County
Dist No 14

No 15

No 14
45 C
202 1/2 Acres

Surveyed 24th Sept 1821
By B H Conyers D.S
Jones Middleton ₹
Charles Haris ₹ C.C P O P
Magnetic Variation 5° East

No 13

Scale of 20 Cha to an Inch
Henry County
Dist 14

No 16
645

No 15
202 1/2 acres
Land

Surveyed on the 24th September 1821
By B H Conyers D.S

James Middleton ₹
Charles Haris ₹ C.C
Maget Vart 5° East

14

Scale of 20 Chains to an Inch

Henry County
Dist No 14

Surveyed on the 24th Septr 1821
By
B H Conyers D.S
Jones Middleton ₹ C.C
Charles Haris
Magnetic Variation 5°00 E

Post District No 17
Post 645 Chs
No 17
No 16
202 1/2 a crss
Post

District
No 15
Post
P.O.P

Post No 15

# STATE OF GEORGIA



OFFICE OF SECRETARY OF STATE
Georgia Division of Archives and History

*I, David W. Carmicheal, Director of the Georgia Division of Archives and History, do hereby certify that the document hereto attached and made part of this certificate is a true and correct copy of page 284 of 1821 Henry County Land Lottery Register of Plats, showing Henry County, 14th District, Land Lots 17, 18, 19, and 20 and I further certify that the described plat book is on file and of official record in the Archives of the State of Georgia.*

IN TESTIMONY WHEREOF, I have set my hand and affixed
The Official Seal of the State of Georgia this ninth day
of April in the year of our Lord Two Thousand Ten



_____
Director, State Archives of Georgia

# STATE OF GEORGIA



**OFFICE OF SECRETARY OF STATE**
Georgia Division of Archives and History

*I, David W. Carmicheal, Director of the Georgia Division of Archives and History, do hereby certify that the document hereto attached and made part of this certificate is a true and correct copy of page 14 of 1821 Henry County Land Lottery Register of Grants, showing Henry County, 14th District, Land Lot 17 and I further certify that the described grant book is on file and of official record in the Archives of the State of Georgia.*

IN TESTIMONY WHEREOF, I have set my hand and affixed
The Official Seal of the State of Georgia this ninth day
of April in the year of our Lord Two Thousand Ten



_____
Director, State Archives of Georgia

# STATE OF GEORGIA



## OFFICE OF SECRETARY OF STATE
### Georgia Division of Archives and History

*I, David W. Carmicheal, Director of the Georgia Division of Archives and History, do hereby certify that the document hereto attached and made part of this certificate is a true and correct copy of page 211 of 1821 Henry County Land Lottery Register of Grants, showing Henry County, 14th District, Land Lot 15 and I further certify that the described grant book is on file and of official record in the Archives of the State of Georgia.*

IN TESTIMONY WHEREOF, I have set my hand and affixed
The Official Seal of the State of Georgia this ninth day
of April in the year of our Lord Two Thousand Ten



_____
Director, State Archives of Georgia