# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| James B. Bey | |
|     Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:10-cv-1426-TWT |
| Johnson Freeman, LLC, et al., | |
|     Defendant. | |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of defendants' motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 9th day of August, 2010.

 

JAMES N. HATTEN
CLERK OF COURT

By:   s/Cynthia Mercado
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  August 9, 2010
James N. Hatten
Clerk of Court

By:  s/Cynthia Mercado
     Deputy Clerk