IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C.
AUG 2 6 2010
JAMES N. HATTEN, CLERK
By: B. Brannon

IN RE:

CASE FILE NO. 1:10-CV-1321-TWT,
1:10-CV-1426-TWT

LEGAL NOTICE

PLEASE BE ADVISED THAT THE ABOVE CASES NEED A CHANGE OF ADRESS. THIS NOTICE IS TO THE CLERK OF COURT TO UPDATE THE MAILING ADDRESS ON THE 2 ABOVE CASE FILES TO:

DEKALB COUNTY JAIL
ATTN: JAMES BOGAN: Bey
INMATE: X0353609 / 6-SW-113
4425 MEMORIAL DRV. DECATUR GA. 30032

THIS REQUEST IS MADE BY 3 FOR THE PLAINTIFF IN THE ABOVE CASE AND A CORRESPODENCE SHOULD BE SENT TO THE UPDATED ADDRESS UNTIL FURTHER NOTICE.

RESPECTFULLY SUBMITTED THIS THE 20TH DAY OF AUGUST 2010.

CERTIFICATE OF SERVICE

I, JAMES D. BOGAN: Bey HEREBY CERTIFY THAT A COPY OF THE foregoing NOTICE OF CHANGE OF MAILING ADDRESS WAS DEPOSITED IN THE UNITED STATES POSTAL SERVICE MAIL, WITH APPROPRIATE POSTAGE AFFIXED THERTO HAS DULY BEEN SENT TO THE CLERK OF COURT, THIS THE 20TH DAY OF AUGUST 2010.

James Bogan-Bey