IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA- ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 27 2010

JAMES N. HATTEN, CLERK
By:

IN RE:  CASE FILE NO. 1:10-CV-1426-TWT

James :Bey
As Authorized Representative for and on
behalf of JAMES BEY,
misnomer JAMES DEMARCO BOGAN
PLAINTIFF

v.

JOHNSON AND FREEMAN
DEFENDANTS

---

### NOTICE OF APPEAL TO THE COURT PURSUANT TO Rule 4(a)(6)

---

Greetings Fiduciary- Honorable Thomas W. Thrash, Jr, James . N. Hatten d/b/a JAMES N. HATTEN CLERK OF COURT, and Deputy Clerk Cynthia Mercado;

Settlor, James Bey Trust on behalf of Plaintiff, Grantor, Trustee: James :Bey does hereby respectfully enter 'Notice Of Appeal' on and for the record, to the Court, for safeguard purposes for all parties of/at interest, regarding matters adjudged by the court on the 9th day of the month: August, within the Gregorian Calendar Year: 2010.

Notice Of Appeal is hereby served to the Court's knowledge, on behalf of the Plaintiff, Grantor, Trustee: James :Bey, due to Plaintiff's current Inability to effectively access necessary information within a timely fashion and respond to the appropriate matters of interest.

Wherein, Plaintiff affirms that he shall establish his case Claims to the court, upon which 'Remedy' can be granted within this due process period.

Respectfully,
c/o: James Bey Trust
3445 Hershel Road
East Point, Georgia 30334

cc: James :Bey INMATE NO. X0353609
DEKALB COUNTY JAIL
4425 Memorial Drive
Decatur, Georgia 30032