Case: 1:10cv1426

James B. Bey
X0353609
DeKalb County Jail
4425 Memorial Drive
Decatur, GA 30032

---

*************** ATTENTION ***************

If you are a bar member in good standing with the Northern District of Georgia
or a PHV attorney, electronic filing became mandatory for ALL attorneys
effective July 15, 2005.  Register now for an ECF userid and password.
Please visit http://www.gand.uscourts.gov to sign up as an ECF user.
You may also call 404-215-1600.

UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
CLERK OF COURT

**DOCKETING SECTION**
404-215-1655

September 2, 2010

James B. Bey
XO353609
DeKalb County Jail
4425 Memorial Drive
Decatur, GA 30032

Re: *James B. Bey v. Johnson Freeman, LLC et al*
Civil Action No.: 1:10-cv-1426-TWT

Dear Mr. Bey:

On 8/27/10 we received and filed your Notice of Appeal for the above case. Please be advised that we did not receive the following:

__X__ Appeal fee $455.00 (Docketing fee $450.00 and Filing fee $5.00)

__X__ or Application to proceed on appeal *in forma pauperis*.

_____ Please complete the attached appeal information sheet as directed.

Sincerely,

James N. Hatten
District Court Executive and
Clerk of Court

By: /s/ Elaine N. McFarland

Deputy Clerk

cc: USCA

