IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES B. BEY<br>JAMES BOGAN 'ET AL',<br>    Plaintiff,<br><br>    v.<br><br>JOHNSON FREEMAN, LLC, et al.,<br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:10-CV-1426-TWT |

## ORDER

This is a pro se civil action arising out of a foreclosure and dispossessory proceeding. It was dismissed for lack of diversity subject matter jurisdiction. It is before the Court on the Plaintiff's Motion for Reconsideration [Doc. 10] which is DENIED.

SO ORDERED, this 27 day of September, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Bey\10cv1426\reconsider.wpd