IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 10-14154-C

JAMES B. BEY,
JAMES BOGAN 'ET AL',

             Plaintiff - Appellant,

versus

JOHNSON FREEMAN, LLC,

             Defendant - Appellee,

TAYLOR BEAN & WHITAKER MORT. CORP., et al.,

             Defendant.

---

Appeal from the United States District Court
for the Northern District of Georgia

---

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for want of prosecution because the appellant James B. Bey failed to pay the filing and docketing fees to the district court, or alternatively, file a motion to proceed in forma pauperis in the district court within the time fixed by the rules, effective September 30, 2010.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Gerald B. Frost, C, Deputy Clerk

FOR THE COURT - BY DIRECTION