ORIGINAL

IN THE UNTED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C - Atlanta

MAR 3 0 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| JAMES B. BEY <br> JAMES BOGAN 'ET AL', <br><br> Plaintiff, <br><br> v. <br><br> JOHNSON FREEMAN, LLC, et al, <br> TAYLOR BEAN & WHITIKAR CORP. <br> Defendants. | No. 1:10-CV-1426-TWT |

PLAINTIFFS' REQUEST FOR A RULE 55 (a) (1) JUDGMENT BY DEFAULT

1. Defendant, the JOHNSON FREEMAN, LLC & TAYLOR BEAN & WHITIKAR, is in receipt of notice and has had opportunity, and has failed to enter an appearance and answer the amended complaint.[DOC 7] District Court Judge Dismissed the initial complaint [DOC 6] but has not made a ruling on the amended complaint. The motion to dismiss request the court to dismiss the initial complaint with the heading JOHNSON & FREEMAN LLC., the amended complaint was corrected and has not been responded to this date March 30, 2011.

2. The claim against the TAYLOR, BEAN & WHITIKAR is for a sum which can by computation be made certain. James Bogan-Bey have already submitted affidavits in support of their claim and a certified copy with the State of Georgia's approval is attached as well.

March 30, 2011

Prepared and submitted by: _____
James Bogan Bey, Grantor/Beneficiary Settelor
General Post office
Atlanta, Georgia
[30337]

IN THE UNTED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| JAMES B. BEY <br> JAMES BOGAN 'ET AL', <br><br> Plaintiff, <br><br> vi. <br><br> JOHNSON FREEMAN, LLC, et al, <br><br> Defendants. | No. 1:10-CV-1426-TWT |

ORDER

Whereas the Clerk of Court for the Northern Federal District of Georgia finds that the TAYLOR, BEAN & WHITIKAR is in receipt of notice and has had opportunity to answer but has failed to dispute the amended complaint of James Bogan-Bey, the Clerk of Court for the Northern Federal District of Georgia finds that James Bogan-Bey is lawfully entitled to judgment by default against defendant "TAYLOR, BEAN & WHITIKAR et al." in the sum certain of one hundred twenty-five thousand dollars ($325,000.00). The TAYLOR, BEAN & WHITIKAR MORTGAGE CORP is also ordered to cease STATE COURT ACTION UNTIL REMAND BY THIS COURT..

_____                                    _____
   date                                                                           Clerk of the District Court

## CERTIFICATE OF SERVICE

I, James Bogan-Bey, hereby certify that a true and correct copy of the above and foregoing appellants' request was mailed via U. S. Mail certified, return receipt requested to:

TAYLOR, BEAN & WHITIKAR

Date March 30, 2011

*James Bogan-Bey*

James Bogan-Bey