In The United States District Court
For The Northern District of Georgia.

FILED IN CLERK'S OFFICE
U.S.D.C. – Atlanta

MAR 31 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN RE: Case File No. 1:10-cv-1426TWT

Notice of Change

Please be advised that the above case No. 1:10-cv-1426-TWT needs an update/change of mailing location. The new address shall be styled as the following:

James Bogan
c/o James B. Bey
General Post
Atlanta Georgia

This request is made for the Plaintiff in the above case and all coorespondance shall be sent to the updated mailing location.

Respectfully submitted this the 31st day of March 2011 ~~2010~~

Certificate of Service

I James D. Bogan: Bey hereby certify that a copy of the foregoing Notice of Change of Mailing Location was mailed per the attched U.S.P.S. Certificates for Defendants, and a copy hand delivered to the Clerk March 30, 2011

* Zip Exempt per D.M.M. Rule 6(A) for Transient

By: James Bogan Bey