FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 0 6 2011

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISSTRICT OF GEORGIA
ATLANTA DIVISION

JAMES BOGAN FAMILY, )
c/o James Bogan, bey )
      Plaintiff, )
  -VS- )
                                     ) Case No. 1:10-CV-01426-TWT
TAYLOR BEAN & WHITIKAR, )
 & JOHNSON & FREEMAN LLC )
      Defendants

**The plaintiff's Specific and not general bond in replevin, to-wit:**

"Be it known, that we, JAMES BOGAN *ens legis*, the principal and plaintiff, and Almighty God (the creator), James Bogan Trust, Georgia The State, & United States of Amercia 'et al.', sureties, agree and bind ourselves to pay, or to effect payment, or cause to be paid, to TAYLOR BEAN & WHITIKAR; JOHNSON & FREEDMAN, the defendants, the sum of $500,000.00, unless the said principal and plaintiff shall prosecute to effect his replevin action against the defendant for possession of :

All that tract or parcel of land lying and being in Land Lot 194 of the 14th District of Fulton County. Georgia, and being Lot 17 of re plat of Lots 16 and 17, Westover Subdivision for AHB Custom Homes, dated July 23, 2006, by W.L.B. Associates, Inc., as per plat recorded in Plat Book 303, Page 50, Fulton County, Georgia Records; which plat is incorporated herein and made a part hereof by this reference; being known as 3445 Herschell Road, according to the present system of numbering streets and roads in College Park, Fulton County, Georgia.

Now to be seized and delivered to the plaintiff; and shall, without delay, return said property to the defendant, if return thereof be adjudged, and shall pay or to effect payment or cause to be paid, to the defendant such damages as he may sustain by the wrongful suing out of a writ of replevin, and such costs as may be awarded against the plaintiff, and save harmless the officer who seizes and delivers said property & title to the plaintiff herein; otherwise to be of no force and effect.

The above bond is approved by me this 6 day of April 2011 _James Bogan_

SUBSCRIBED and SWORN to before me on this 6th day of April, 2011.

_K Mosley_
NOTARY PUBLIC

[Notary Seal: K MOSLEY, NOTARY PUBLIC, DEKALB COUNTY, GEORGIA, MY COMMISSION EXPIRES FEBRUARY 4, 2014]