UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES B. BEY,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNSON FREEMAN, LLC and<br>TAYLOR BEAN & WHITAKER MORT.<br>CORP. *ET AL.*,<br><br>    Defendants. | ) Civil Action<br>)<br>) File No. 1:10-CV-1426-TWT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RESPONSE TO PLAINTIFF'S REQUEST
## FOR A RULE 55 (a)(1) JUDGMENT BY DEFAULT

COME NOW Johnson & Freedman, LLC ("J&F") and Taylor Bean & Whitaker Mort. Corp. ("TBW"), Defendants in the above-styled case, and hereby respond to Plaintiff's Request for a Rule 55 (a)(1) Judgment by Default and show the Court the following:

### STATEMENT OF FACTS

Subsequent to a foreclosure sale of real property owned by Leonard Benau and known as 3445 Herschell Road, College Park, Georgia (the "Property"), TBW filed a Dispossessory Action against Benau and/or All Others as tenants at sufferance holding over after foreclosure in the Magistrate Court of Fulton County, Case No. 10ED472804 (the "Dispossessory"). Defendant J&F is TBW's counsel in the Dispossessory.

The Plaintiff (presumably a tenant of the former owner Benau) filed an Answer and Counterclaim in the Dispossessory and on March 23, 2010, the Magistrate Court entered judgment for possession in favor of TBW and the Counterclaim was dismissed (the "Magistrate Judgment"). Plaintiff filed an appeal of the Magistrate Judgment

to the State Court of Fulton County, Case No. 10DD003746, and on May 4, 2010, Plaintiff's appeal was dismissed.

Plaintiff filed a Notice of Removal in the State Court on or about May 13, 2010, incorrectly identifying the Case at bar as 1:10CV1428 and filed his Verified Counterclaim and Complaint/Notice of Petition; and Verified Petition for Warrant of Removal / Verified Complaint (the "Complaint") in this Court. Defendants filed a Motion to Dismiss and for Remand on June 9, 2010. Plaintiff filed his Verified Amended Complaint for Declaratory Relief, Injunctive Relief and Money Damages, Affidavit of Negative Averment, Opportunity to Cure and Counterclaim (the "Amended Complaint") on or about May 17, 2010.

On August 9, 2010, this Court dismissed Plaintiff's Complaint and closed the case. Plaintiff's subsequent Motion for Reconsideration was denied and he filed an appeal to the United States Court of Appeals for the Eleventh Circuit, Appeal No. 10-14154-C. On September 30, 2010, the Court of Appeals dismissed Plaintiff's appeal.

On March 30, 2011, Plaintiff filed a Request for a Rule 55(a)(1) Judgment by Default. Plaintiff's Complaint was dismissed on August 9, 2010 and the case is closed. Neither Defendant has been served with the Complaint or Amended Complaint so it is impossible to grant Plaintiff's motion for default judgment.

WHEREFORE, Defendants pray that the Court DENY Plaintiff's Request for a Rule (a)(1) Judgment by Default.

Respectfully submitted this 18th day of April, 2011.

JOHNSON & FREEDMAN, LLC

By: /s/Kyle S. Kotake
Kyle S. Kotake
Georgia Bar No. 428697
Attorney for Defendants

JOHNSON & FREEDMAN, LLC
1587 N.E. Expressway
Atlanta, Georgia  30329
Direct Dial:   (678) 298-8863
               (770) 234-9181
Facsimile:     (404) 329-8195
Email:         kskotake@jflegal.com
11170808LT\A7347577

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing **RESPONSE TO PLAINTIFF'S REQUEST FOR A RULE 55(a)(1) JUDGMENT BY DEFAULT** on the following by depositing a copy of same in the United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to insure delivery, addressed as follows:

James Bogan
c/o James B. Bey
General Post Office
Atlanta, GA

James B. Bey
3445 Herschell Rd.
College Park, GA 30337

This 18th day of April, 2011.

JOHNSON & FREEDMAN, LLC

By: /s/Kyle S. Kotake
Kyle S. Kotake
Attorney for Defendants

JOHNSON & FREEDMAN, LLC
1587 N.E. Expressway
Atlanta, Georgia 30329
Direct Dial:  (678) 298-8863
              (770) 234-9181
Facsimile:    (404) 329-8195
Email:        kskotake@jflegal.com