IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES B. BEY
JAMES BOGAN 'ET AL',

   Plaintiff,

   v.

JOHNSON FREEMAN, LLC, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:10-CV-1426-TWT

## ORDER

This is a pro se civil action arising out of a foreclosure proceeding. It is before the Court on the Plaintiff's Motion for Default Judgment [Doc. 18] and Motion to Strike [Doc. 24] which are DENIED. This case is closed.

SO ORDERED, this 12 day of May, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Bey\10cv1426\default.wpd